**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **IN RE:**<br>**Tameika Nicole Slater**<br><br>**Debtor** | **CASE NO: 16-50404 G**<br>**Chapter 13** |

**NOTICE OF WITHDRAWAL OF TRUSTEE'S**
**OBJECTION TO CLAIM FOR UNITED CONSUMER FINANCIAL SERVICES, COURT CLAIM #14, IN THE AMOUNT OF $1,493.38**

**NOW COMES, Mary K. Viegelahn,** STANDING CHAPTER 13 TRUSTEE, FILES THIS HER NOTICE OF WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM FOR UNITED CONSUMER FINANCIAL SERVICES, COURT CLAIM #14, IN THE AMOUNT OF $1,493.38 AND STATES THAT HER OBJECTION TO CLAIM FOR UNITED CONSUMER FINANCIAL SERVICES, COURT CLAIM #14, IN THE AMOUNT OF $1,493.38 HAS BEEN RESOLVED AND IS THEREFORE, WITHDRAWN.

**Date: 07/11/2016**

/s/
MARY K. VIEGELAHN  P42327 (MI)
CHAPTER 13 TRUSTEE
mviegelahn@sach13.com
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216
(210) 824-1460  fax:(210) 824-1328

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:
**Tameika Nicole Slater**

CHAPTER 13

CASE NO.: **16-50404 G**

**Debtor**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was served on the parties listed below by U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on **July 11, 2016.**

Debtor(s):
Tameika Nicole Slater
18979 Redland Rd apt 2203
San Antonio, TX 78259

UNITED STATES TRUSTEE
P O BOX 1539
SAN ANTONIO, TX. 78295-1539

UNITED STATES BANKRUPTCY COURT
P O BOX 1439
SAN ANTONIO, TX. 78295-1439

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

UNITED CONSUMER FINANCIAL SERVICES
3936 E FT LOWELL ROAD, SUITE #200
BASS & ASSOCIATES, PC
ATTN:SUSAN KARDER
TUCSON, AZ 85712

UNITED CONSUMER FINANCIAL SERVICES
BASS & ASSOCIATES, P.C.
ATTN:JENNIFER HENRY-ALEXANDER
3936 E. FT. LOWELL RD, SUITE 200
TUCSON, AZ 85712

/S/
_____
MARY K. VIEGELAHN
CHAPTER 13 TRUSTEE